## Commonwealth *v.* Pettit, Appellant.

Before JOHNSTONE, JR., P. J., without a jury.

Argued December 9, 1975. *John G. Bergdoll,* with him *Bergdoll & Bergdoll,* for appellant; *Joseph C. Madenspacher* and *Charles A. Achey, Jr.,* Assistant District Attorneys, and *D. Richard Eckman,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.